FILED

2020 Mar-03  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern  District of Alabama

2020 MAR -3  P 12: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

|  |  |  |
|---|---|---|
| **ROBERT LEWIS** | ) | Case No. 1:20-CV-287-CLM |
| *Plaintiff* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write your full name. No more than one plaintiff may be named in a pro se complaint.)* | ) | |
| | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| **WEISER SECURITY SERVICE INC.** | ) | |
| **OR** | ) | |
| **HONEYWELL AEROSPACE INC.** | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT LEWIS |
| Street Address | 1522 WARRIOR ROAD. APT. # 9 |
| City and County | ANNISTON, CALHOUN |
| State and Zip Code | ALABAMA, 36207 |
| Telephone Number | 256-283-1403 |
| E-mail Address | lewisrobert755@gmail.com |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

*03-02-2020*
**Date**

**Participant Signature**

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ROBERT E. FULMER |
| Job or Title *(if known)* | FIELD SUPERVISOR |
| Street Address | |
| City and County | OXFORD, CALHOUN |
| State and Zip Code | ALABAMA, 36207 |
| Telephone Number | (256) 624-0829 / 205-930-3100 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | CHRISTIE BRINKLEY |
| Job or Title *(if known)* | MANAGER |
| Street Address | |
| City and County | BIRMINGHAM, JEFFERSON |
| State and Zip Code | ALABAMA, |
| Telephone Number | 205-930-3100 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | JOHN GILLNEY |
| Job or Title *(if known)* | FIELD SUPERVISOR/RETIRED |
| Street Address | |
| City and County | ANNISTON, CALHOUN |
| State and Zip Code | ALABAMA, 36207 |
| Telephone Number | (256) 310-9720 / 205-930-3100 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4

Name JIMMY JOHNS | MICHAEL WEISER

Job or Title *(if known)* PLANT DIRECTOR I.E.I | PRESIDENT/CEO

Street Address ALLEN ST. 108 | P.O. BOX 51720

City and County TALLADEGA, TALLADEGA | NEW ORLEANS,

State and Zip Code ALABAMA | LOUISIANA 70151-1720

Telephone Number (256)480-2349 | 1-504-354-5343

E-mail Address *(if known)* | 205-930-3100

504-586-4721

## C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name WEISER SECURITY SERVICES INC.

Street Address P.O. BOX 51720

City and County NEW ORLEANS,

State and Zip Code LOUISIANA 70151-1720

Telephone Number 205-930-3100/504-586-4721

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.

☑     Termination of my employment.

☑     Failure to promote me.

☑     Failure to accommodate my disability.

☑     Unequal terms and conditions of my employment.

☐     Retaliation.

☐     Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

_09-22-2006 / 10-16-2019_____

C.     I believe that defendant(s) *(check one)*:

☑     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☑ age *(year of birth)* __1958__ *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

_____

E.  The facts of my case are as follows.  Attach additional pages if needed.

Well THE FACTS iS ALL THESE PRiVATE SECTOR COMPANiES ON MY
BACK AND EVEN TRiED TO Kill me BUT HAVN'T YET iT STARTED
OVER AT HONEYWELL AEROSPACE AND WEiSER GOT iN ON iT.
I WAS SUPPOSE TO BE WiTH THE GOVERNMENT NOT WiTH WEiSER
OR HONEYWELL COMiNG iN MY APARTMENT POURiNG POiSON
iN DRiNKS iN THE REFRiGERATOR. JUST LiKE iT SAY iN THE RiGHT-TO-
SUE LETTER.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

__DECEMBER 6, 2019__

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  __12-06-2019__ .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission
regarding the defendant's alleged discriminatory conduct *(check one)*:

☑     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive
or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive
money damages.  ONE THING MAKING MY HAIR COME OUT SOME MORE AND
SWINKING MY PENIS I GET TIRED OF HEARING IT I'M little.
I.E.I ONE OF WEISER COMPANY THAT HE CONTRACT WITH MARY SHURBUT
TRYING TO RUN ME OVER WITH HER CAR, OSCAR STALKING ME TAKING
ALL MY MONEY GOING IN MY ACCOUNT DON'T HAVE NO MONEY NO MORE
ANYWAY.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be
served.  I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Date of signing:      03-02-2020

Signature of Plaintiff     _Robert Lewis_

Printed Name of Plaintiff     Robert LEWIS

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.     For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

WHILE WORKING AT I.E.I I EXPERIENCE WHAT I CALL DISCRIMINATION. I WORK AT THAT SITE ALMOST NINE YEARS WHEN THE NEW GUARDS TOOK OVER I FELT LIKE A LITTLE PEON THE REAL GUARDS TOOK OVER OR THE REAL MEN IN CHARGE AND THE YOUNGER GUARDS HAD TO LEAVE. WHEN THEY LET GILLNEY SUE HE GAVE THE OLDER GUARDS like THOMAS SCOTT, RAY ROBERTS, GENE COOK TWO OR THREE MILLION A PIECE AND ME NOTHING WHAT'S GOING ON WITH THAT.

11 September 2001    No. 151338

Received of Robert Lewis    $ 350.00

Three hundred Fifty Dollars + 00/100 _____ Dollars

For Legal Services

Previous Balance $ _____

Amount Paid $ 350.00

Balance Due $ _____    By _____

---

May 3 2001    No. 151328

Received of Robert Lewis    $ 200.00

Two hundred Dollars + 00/100 _____ Dollars

For Legal Services

Previous Balance $ _____

Amount Paid $ 200.00

Balance Due $ _____    By _____

---

April 20, 2001    No. 151326

Received of Robert Lewis    $ 1,500.00

2320 Coleman Rd #107D
Anniston, AL 36201 _____ Dollars

For Legal Services

Previous Balance $ 0

Amount Paid $ 1,500.00

Balance Due $ _____    By _____

---

CALHOUN CLEBURNE MENTAL HEALTH CENTER
331 EAST 8TH STREET
ANNISTON, AL 36201
PHONE: 236-3403

NAME: Robert

APPOINTMENT WITH: Stephanie Stone

DATE: June 21    TIME: 2:00

IF UNABLE TO KEEP THIS APPOINTMENT,
PLEASE GIVE A 24 HOUR NOTICE.

# USPS Trac[k]

JOHN D. SAXON
ATTORNEY AT LAW

JOHN D. SAXON, P.C.
2119 3RD AVENUE NORTH
BIRMINGHAM, AL 35203
EMAIL:jsaxon@saxonattorneys.com

TELEPHONE: (205) 324-0223
DIRECT DIAL: (205) 324-1039
FACSIMILE: (205) 323-1583
TOLL FREE: 866-554-5975



Tracking Number
70190160000021911482

Destination and Origin
Destination
ZIP Code:
City:
State:
Origin
ZIP Code:
City:
State:

Remove ✕

**Tracking Number:** 7

Your package is movinç

destination. It is current

Tracking Number Classification
Class/Service: Certified Mail
Class of Mail Code/Description: -1

to be delivered to its final

Origin/Return/Pickup Address Info
Address:
City:
State:          ZIP Code:

# In-Transit

February 26, 2020
In Transit to Next Facility

**Get Updates** ⌄

Payment
Payment Type:
Payment Account Number:
Postage:
Weight: 2 lb (s) 14 oz (s)
Rate Indicator:

Feedback

Extra Services Details
---------------------------------
Description: Certified Mail
Amount:
---------------------------------

**Text & Email Update[s]**

⌄

Event Details
---------------------------------
Event: IN TRANSIT TO NEXT FACILITY
Date: 02/26/2020
Time: 12:18
Location:
---------------------------------

**Tracking History**

⌄

⌄

**Product Informatio[n]**

For Further Information,
go to USPS.com

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Robert Lewis**<br>**1522 Warrior Rd. Apt. # 9**<br>**Anniston, AL 36207** | From: | **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |
|---|---|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **420-2020-00292** | **RICHARD GROOMS,**<br>**Federal Investigator** | **(205) 212-2115** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                         DEC - 6 2019

Enclosures(s)

**BRADLEY A. ANDERSON,**
**District Director**

*(Date Mailed)*

cc:

**Weiser Secuity Services, Inc.**
**Christine Lejeune, Esq.**
**P. O. Box 51720**
**New Orleans, LA 70151**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of
your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the
charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office. If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 420-2020-00292 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Robert Lewis** | **(256) 283-1403** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1522 Warrior Rd. Apt. # 9, Anniston, AL 36207** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WEISER SECURITY SERVICES INCORPORATED** | ~~Unknown~~ | ~~(504) 586-4720~~ RECEIVED |

| Street Address | City, State and ZIP Code |
|---|---|
| **P. O. Box 51720, New Orleans, LA 70151** | |

NOV 26 2019

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | U.S. EEOC Birmingham District Office |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **11-26-2006**   Latest: **10-16-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a black-male who began working for the above-named employer on Nov. 26, 2006 as a security guard. In the 1990's, I worked for Honeywell who was sued by several of my co-workers. I believe that Honeywell paid a settlement to the above-named employer, but my share was never distributed to me. I am owed $3,600,000 as my share and I have asked Eric Fulmer, field supervisor, about it to no avail.

I am aware that Mr. Fulmer, who is acting in conjunction with Mayor Robinson, Rev. Lowery, an Rev. Reynolds, has obtained a master key to my apartment and has searched my personal papers. I believe he has also flattened the tires on my car in an effort to make me late for work. I am aware that they above-named individuals have stolen $4,000,000 from my aunt, who received approximately $35,000,000 from a lawsuit. She had promised to give me that money, but instead it was given to the above-named people.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 26, 2019
Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2020-00292 |
| | | and EEOC |

*State or local Agency, if any*

In Feb. 2019, Mr. Fulmer paid a government employee to rear-end my car, in an effort to silence me while I was on Hwy 21 as a I was coming out of BR Williams Trucking. The State Trooper was in on this and found me at fault in the "accident."

I was discharged on October 16, 2019, allegedly for threatening a supervisor, which I did not do. When I refused to sign the discharge paperwork, Mr. Fulmer had someone again try to run into my vehicle.

I believe that I have been denied the settlement money that was owed to me and discharged because of my race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Nov 26, 2019**          _____<br>*Date*                *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.  FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2.  AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.  PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.  ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.  WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



This is to certify that

*Robert Lewis*

has been awarded

# Weiser Security Service's

## Officer of the Month

*October 2019*

In recognition thereof is awarded this Certificate of Achievement

_____
President

_____
Branch Manager

This is to certify that

*Robert Lewis*

has been awarded

# Weiser Security Service's

# Officer of the Month

*October 2019*

In recognition thereof is awarded this Certificate of Achievement

_Charlti Brinkley_
Branch Manager

_President_



**Armed Forces Insurance**
OUR MISSION IS YOU.®

Monday, June 17, 2019

Mr. Robert L Lewis
1522 Warrior Rd Apt 9
Anniston AL  36207

RE:     Member:          Lewis
        Claim Number     D12160
        Policy Number     687835E
        Loss Date:         05/15/19
        Loss Location:    1522 Warrior Rd Apt 9
        Subject:          Settlement

Dear Mr. Lewis,

Thank you for choosing Armed Forces Insurance to provide for your insurance needs. We value you as a member and appreciate the opportunity to be of service. I have completed an assessment of your claimed damages.

Enclosed is your settlement for unscheduled property coverage, there are limits that apply to jewelry.

***SPECIAL LIMITS ON CERTAIN PROPERTY***
*$2,500 for:*
*(1)     Loss by theft,*
*(2)     Accidental breakage, or*
*(3)     Mysterious disappearance or loss*
*of jewelry (other than university, college, or service academy rings), watches, furs, precious and semiprecious stones, but no more than $500 for any one item, pair or set of such property due to such loss.*

You have a $250 deductible that does apply.  I have applied the overage of the jewelry limit to the deductible which is $1,450.00, making your deductible $0.00.

If you have any questions, information, or claim service request please contact me at **800-255-0193 ext. 4394.** We are proud to serve you and look forward to our next opportunity to do so.

Sincerely,

Kimberly Christy | Staff Adjuster, Claims
Armed Forces Insurance | kimberly.christy@afi.org
Office: 800.255.0193 x 4394 | Fax: 800.828.7736

OUR MISSION IS YOU.®

# Armed Forces Insurance

Date: 06/123/19

Claim Payment Summary for

Lewis, Robert L

Claim # D12160

| Quantity | Description | Replacement Cost | Age | Actual Cash Value |
|---|---|---|---|---|
| 1 | $2500 Limit for Jewerly, $500 for any 1 item | | | $ - |
| 1 | Herringbone Necklace $1,250.00 | $ 500.00 | | $ 500.00 |
| 1 | Insignia Ring $1,000.00 | $ 500.00 | | $ 500.00 |
| 1 | Wedding Ring $700.00 | $ 500.00 | | $ 500.00 |
| 1 | Paul Fredrick Package | $ 269.50 | | $ 269.50 |
| 1 | Paul Fredrick Package | $ 279.50 | | $ 279.50 |
| 1 | Paul Fredrick Package | $ 279.50 | | $ 279.50 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | Total Claimed Amount | $ 2,328.50 | | |
| | | | | |
| | Total Allowed Amount | | | $ 2,328.50 |
| | Deductible | | | $ - |
| | Previous payment (overage of jewelry loss applied to $250 deductible) | | | |
| | | | | |
| | Total Amount of Payment Due | | | $ 2,328.50 |



**Armed Forces Insurance**

OUR MISSION IS YOU.

## SWORN STATEMENT IN PROOF OF LOSS

MR ROBERT L LEWIS
APT 9
1522 WARRIOR RD
ANNISTON, AL 36207-6792

Claim No: 00D12160

1. Telephone Number: Home (_____) _____ Cell (256) 283-1403 Office(_____) _____ EXT:_____
2. Date of Loss: 05.15.2019 _____ Date Learned of Loss: 05.13.2019 _____
3. Location of Loss (Address/State): 1522 WARRIOR ROAD. #9 QUAIL RIDGE APTS. ANNISTON, AL 36207.
4. DESCRIBE CIRCUMSTANCES OF LOSS IN DETAIL:
   1. #269.5 PAUL FREDRICK PACKAGE. 4. HERRINGBONE #1,250.00 NECKLACE.
   2. PAUL FREDRICK PACKAGE. #279.50 5. INSIGNIA KING. #1,000.00
   3. PAUL FREDRICK PACKAGE. #279.50 6. WEDDING RING. #700.00

5. Name of firm or individuals causing loss or damage: OSCAR McSPADDEN, DAVE VOORHEES, JOHN GILLNEY, I.E.I
   Address: ANNISTON, TALLADEGA, ALABAMA _____ Telephone (_____) _____
   Insurance Company: ARMED FORCES INSURANCE. _____ Policy No. 687835E

6. Other Insurance (Include all other homeowner / renters / floater policies):
   a) Name of Company: _____ Policy Number: _____
   b) Agent Name: _____ Agent Phone Number: (_____) _____
   c) Other Insurer Notified: ☐ Yes   ☐ No   If no other insurance write "None" _____
   d) Provide copy of declarations page or copies of settlement already paid.

7. Were police notified? ☑ Yes   ☐ No
   If no, your policy requires you to notify the police in case of loss by theft. Upon our request, provide a copy of the police report.
   a) Name of Police Station: ANNISTON POLICE DEPT. _____ Telephone: (256) 238-1800.
      Address/Location: 174 W. 13TH STREET. ANNISTON, ALABAMA 36201
   c) Case Number: # 190515103
   d) Date Notified: 05/30/2019

8. As noted you must complete and return this Proof of Loss and the Contents Worksheet along with any additional information to be considered. Please indicate the total number of pages you are returning. Total number of pages is ____5____.

---

**Alabama law requires the following to appear on this form:  "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof."**

I certify, that all statements, on this form, other statements, schedules, and papers heretofore annexed or attached which are made a part of the Proof of Loss are correct to the best of my knowledge and belief; that the articles for which I am claiming indemnity are or were my property, or property of members of my household; that nothing material to a knowledge of the facts of the loss for which claim is made has been suppressed, withheld or misrepresented herein; and any other information that may be requested will be furnished on demand and be considered a part of these proofs.

The furnishings of this blank or the preparation of proof by a representative of Armed Forces Insurance is not a waiver of any of its rights.

State of _ALABAMA_                          Insured: _____        Date: _6/8/19_
County of _CALHOUN_                         Insured: _____        Date: _6/8/19_
Subscribed and Sworn to before me this _8_ day of _JUNE_                                _2019_
I.D. _Drivers License_                      Notary Public: _____

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

 **WEISER SECURITY SERVICES, INC.**

10/24/2013

Robert Lewis
2100 16th Ave South, Suite 114
Birmingham, AL  35205

Dear Officer Lewis,

It is with great pride that you are being presented with our award for "Client Commendation."

A company, such as ours, can only be successful when employees, such as you, serve our customers well.  The comments we recently received from our client regarding your service are evidence of outstanding performance.

You go above and beyond expectations with your dedication to your post at International Enterprises.  Recently management wrote to let us know what a great job you are doing.  They were extremely pleased with accomodating the client on short notice by coming in early for an early plant shutdown.
We are proud to have you on our team.  In appreciation of your good work, we would like to present our Client Commendation pin to you.

Sincerely,
Weiser Security Services, Inc

Michael L. Weiser, CPP
President-CEO

**Weiser Security Services, Inc**
Coaching and Counseling Record

☐ *Verbal Warning Only*

| Employees Name: Robert Lewis | Date of Occurrence: 10/09/19 | Time of Occurrence: 1755 |
|---|---|---|

**Infraction Type**

| ☒Misconduct | ☐Absence | ☐Tardiness | ☐Violation of Policy | ☐Insubordination | ☐Safety Violation |
|---|---|---|---|---|---|

☐Other

**Details of Infraction**

At 1755 S/O Robert Lewis called and left a lengthy voicemail claiming he was owed 3.6 million dollars by the company and was very agitated that he only got 25 for being the employee of the month.

S/O Lewis has been warned in the past about harassing/threating staff personnel about this.

**Employee's Statement** Do you generally agree with the details?  ☐Yes ☐No.  Please enter comments below.

Employee's
Signature:_____

**Past Reprimands**

| Date | Details | Written Report? |
|---|---|---|
| 6/17/19 | S/O Lewis called Eric Fulmer and threatened him over the phone about missing 3 million dollars and a lawsuit. | ☒Yes   ☐No |
|  |  | ☐Yes   ☐No |
|  |  | ☐Yes   ☐No |

**Further Action**
Further infractions on this type of violation or any other violation(s) could result in disciplinary action up to and/or including termination at the discretion of the supervisor.

For a pattern of the same behavior this is the termination letter for S/O Robert Lewis.

My Signature below acknowledges that I have been advised of the action to be taken subsequent with this reprimand.

| Employee's Signature: | Date: | Time: |
|---|---|---|

| Supervisor's Signature: | Date: 10/16/19 | Time: 1003 |
|---|---|---|

**Refusal to Sign**
☑ I refuse to sign for the following reason(s)

Witness  Christie Brinkley  10/16/19  1003

LAW OFFICES
# JOHN D. SAXON, P.C.
A PROFESSIONAL CORPORATION .
2119 3ʳᵈ AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

JOHN D. SAXON
KARLI B. GUYTHER+

TELEPHONE (205) 324-0223
FACSIMILE   (205) 323-1583

TOLL FREE: 866-554-5975
TOLL FREE: 866-554-5976

FIRM ADMINISTRATOR
KELLY W. RODDA

+ALSO ADMITTED IN
NORTH CAROLINA

February 21, 2020

Mr. Robert Lewis
1522 Warrior Road, Apt. 9
Anniston, AL 36207

  Re:   Weiser Security

Dear Mr. Lewis:

I have reviewed the detailed information you have provided to my office, and we appreciate your having given us the opportunity to review it. Unfortunately, we find that your case is not one on which we can assist you. I regret having to make this decision to turn down your case; we try to help as many people as we can, but it does not appear that there is enough of a legal foundation for us to pursue the case. I have enclosed the documents you provided to me with the letter being sent via certified mail. You will have to sign for the certified mail package.

You may wish to consult another attorney. Someone else may take a different view of your situation, or see something I am overlooking. You should do so as soon as possible. You may also want to contact the Alabama State Bar Referral Line (800-392-5660) or the Birmingham Bar Association Lawyer Referral Service (205-251-8006) to see what, if any, advice they may have for you.

**You should be aware that certain time limits apply to potential causes of action.** If you believe you have been discriminated against on the basis of race, religion, national origin, disability, gender or age, or have been sexually harassed, you must file a charge of discrimination

with the Equal Employment Opportunity Commission ("EEOC") within 180 days of the discriminatory act (harassment, failure to hire or promote, termination, etc.). If your rights have been violated under the Family and Medical Leave Act ("FMLA") or for overtime violations under the Fair Labor Standards Act ("FLSA"), you must, under most circumstances, file suit within two years of the violation. If you have already received a Notice of Suit Rights from the EEOC, you have ninety (90) days from the date you received the notice within which to file suit. If you are seeking to appeal from a final order of a trial judge, you should take note that you have 30 days within which to appeal to the United States Court of Appeals for the 11th Circuit from a final order of a U.S. District Court judge, and 42 days to appeal to the Alabama Supreme Court from a final order of a state circuit judge.

**Please take note of these deadlines**. You should take action yourself to preserve your legal rights as the deadlines approach or seek other attorneys to do so. You can go to the EEOC yourself and file a charge of discrimination (there is no fee charged for doing so), or you can go to the federal courthouse and file a *pro se* complaint (meaning one filed by an individual without the aid of an attorney).

I wish you the very best as you endeavor to right such wrongs which may have been done to you in your place of employment.

Yours very truly,

John D. Saxon

JDS/erl
enclosure: as stated