# Amended Complaint Case No. 1:20-CV-00287-CLM

Well what I'm trying to say is Weiser Security and Honeywell been set-up on the jobs so I can't advance on the jobs no promotions or descent pay raises. That Oscar McSpadden and Dave Voorhees and John Gillney, Robert E. Fulmer for Weiser just a whole lot of work no raises.

That Oscar said he's trying to control his destiny tell me how to live my life tell me what I can and can't do. That Oscar him and his company run things told me they are playing a conspiracy on me that's the reason I don't make good money just don't do good period. It's two sides to every story.

It's Oscar and Dave that called Weiser told Weiser just work me I'm the workhorse. You don't come on my job and pay Davidson and B.R. Williams employees tell them to fire me and get something started Davidson told me paid them my incentive pay they owe me.

Next thing I know I'm in a bad automobile accident and terminated my neck and leg still bothering me from the accident she was paid and Fulmer after fired me was going to run into my Jeep I just bought somebody put a dent in the fender.

Did the judge read the report E.E.O.C wrote up. I been going to the E.E.O.C office about two years telling them the way Weiser was doing me they told me if they terminate you we will try to help you.

They let John Gillney sue he did'nt "anything for me told me don't mess things up again.

I been set-up every since I got out of the military here Ft. McClellan. They like Gillney want to go out West Coast or East Coast. I was told that three or four members was on the committee board from Missouri that how Ft. McClellan left and went to Missouri.

Weiser Security, Honeywell Aerospace Inc, I.E.I, Boozer Beam, B.R. Williams all those "Private Sector" it's crime happening everywhere don't play conspiracy on me. Why do they have all that rig-up on me cellphone tap television rig the whole apartment rig-up have tried to murder me all those companies contract with Weiser Sercurity. All those companies contract with Weiser bigger than the law. It took me going "fourteen years to make officer of the month one time make rounds in the heat, snow, rain cold weather. Weiser Security, Honeywell Aerospace never paid a decent salary just work long hours.

I bet since I been gone from over B.R. Williams they got a good pay raise Davidson told me we was suppose to get a pay raise. Weiser like hiring those old security guards because he feel they are not going anywhere because of their age. Gillney sued and paid Gene Cook, Thomas Scott, Ray Roberts all two + three million a piece took me going on fourteen years to get recognition twenty five dollar gift card.

How did I come over to Honeywell with my hair out like that. It was Oscar McSpadden that was the Plant Mgr. It was Oscar and Dave told the Rev. Lowery and Rev. Nettles to go get the money from my Aunt because they was giving me a job I was supposed to be in Finance. That Oscar and Dave been following me around my Father work for their company I don't like Oscar company. Been following me around to get some money I don't think they was trying give me a job I'm not selling no narcotics been working for Weiser going on fourteen years or was. Now the Attorney used in last ten years is Yashiba Glenn-Blanchard, Daniel B. King his Father Robert H. King, Sr., Gordon + Partners, P.A., Nate Owens, James Mitchell, Alexandra Shurnnarah.

I called Birmingham Legal Services they gave me John D. Saxon name and number all my reciepts and pictures come up missing one of those companies went in the mail my packet come up missing been about 3 or 4 weeks now.

Weiser Security, Robert E. Fulmer, Oscar McSpadden, Dave Voorhees, John Gillney, Mike Matz, Mary Shurbut, Tom Wheeler. Find someone else to play there political game on.

CONCLUSION:
When I meet some big important people I'm telling it.

Robert Lewis
1522 Warrior Rd. Apt. #9 Anniston, AL 36207 Ph.# 256-283-1403

# Amended Complaint

One more thing my friend Jeffery Powell told me that President Trump came up with a program that everybody that's invested in the 401k over ten years will get three thousand dollars in their account I was told that Oscar McSpadden put the money in his pocket. That's how all this conspiracy got started Oscar and his company. Also I would like to ask the court for some restitution for having me come back to Alabama ~~that~~ like that took over a year to get me over to that plant. When Weiser ~~me~~ hired me they got in on it too.

"Robert Lewis"

1522 Warrior Rd. Apt. #9 Anniston, AL 36207



This is to certify that

*Robert Lewis*

has been awarded

Weiser Security Service's

Officer of the Month

October 2019

*President*

In recognition thereof is awarded this Certificate of Achievement

*Branch Manager*

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



March 1, 2019

Robert Lewis
1522 Warrior Rd Apt 9
Anniston AL 36207-6748

State Farm Claims
PO Box 52250
Phoenix AZ 85072-2250

RE:  Claim Number:   01-7826-D00
     Date of Loss:   February 26, 2019
     Our Insured:    Robert Lewis
     Vehicle:        1999 Toyota SOLARA
     VIN:            2T1CF22P9XC195033
     Mileage:        250502 (observed at the time of inspection)

Dear Robert Lewis:

We have attempted to contact you to explain your total loss claim and the actual cash value of the vehicle. Actual cash value is determined by the market, age, mileage, and the condition of your vehicle at the time the loss occurred.

To assist us in determining actual cash value, we consider information obtained by our representatives, information provided by you, vehicle valuation services, and other sources.

The amount payable to you was determined as follows:

| | |
|---|---|
| Actual Cash Value | $2,163.00 |
| Plus Taxes | $81.11 |
| Less: Deductible | $250 |
| Total Net Payable to You: | $2,086.36 |

In follow-up to our recent phone message, please contact us to review your vehicle evaluation and any rental expenses, in detail. At that time, we can discuss any additional information you wish us to consider.

You can enjoy the benefits of online registration. Benefits include 24/7 access to your claim progress and staying connected to State Farm®. Just go to **statefarm.com®** and select Manage Your Claim to get registered. All you need to complete the process is some initial information, which may include your claim number, email address, and/or your State Farm policy or account number. It only takes a few minutes. If you are already registered, thank you!

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



March 5, 2019

Robert Lewis
1522 Warrior Rd Apt 9
Anniston AL  36207-6748

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

RE:  Claim Number:    01-7826-D00
     Date of Loss:    February 26, 2019
     Our Insured:     Robert Lewis

Dear Robert Lewis:

We have included a copy of the Police Report, as you requested.

Sincerely,

Elizabeth Sunday-Fischer
Claim Specialist
(844) 292-8615  Ext. 331
Fax: (855) 820-6318

State Farm Mutual Automobile Insurance Company

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

AST-27 REV. 06/06
Sheet 1

- Check if Amendment: ☐
- Check if Error Correction: ☐
- # Vehicles: 2
- # Pedestrians: 0
- # Injured: 2
- # Fatalities: 0
- # Unit 1 Type: 1
- # Unit 2 Type: 1
- DPS Case No.: 9623168
- Local Case No.:

## LOCATION AND TIME

- Date: 02 / 26 / 2019
- Time: 06:03 AM
- Day of Week: Tue
- County: Calhoun
- City: Rural Calhoun
- Rural: ✓
- Local Zone: N/A
- Hwy Class: 3
- On Street, Road, Highway: AL 21
- At Intersection of or Between (Node 1): MEADOW AVENUE
- And (Node 2): OLD TALLADEGA HIGHWAY
- (On) Street/Road/Hiway Code: S021
- Node Code: 8854 / 8879
- 0.20 Miles From Node 1
- Mile Post: 249.7
- Control Access Hwy Loc: 97
- Primary Contrib Circums: 37
- Primary Contributing Unit #: 1
- First Harmful Event: 22
- First Harmful Event Location: 1
- Most Harmful Event: 22
- Distance to Fixed Object: N/A feet
- Roadway Junction/Feature: 1
- Manner of Crash: 9
- Lat Coordinate: NC
- Long Coordinate: NC
- Coordinate Type: 97
- Hwy Side: 2
- School Bus Related: 1
- Crash Severity: B
- Distracted Driving: 97

## UNIT NO 1

**DRIVER**
- Driver Full Name: ROBERT - LEWIS
- Street Address: 1522 WARRIOR ROAD APT 9
- City and State: ANNISTON AL
- ZIP: 36207
- Telephone: (256) 283-1403
- DOB: [redacted]
- Race: 2
- Sex: 1
- DL State: AL
- Driver License No.: 6681773
- DL Class: D
- DL Status: C
- Restrict Violations: 97
- CDL Status: 97
- Endorse Violations: 97
- Place of Employment: WEISER SECURITY
- Residence Less Than 25 Miles: Yes
- Liability Insurance Co.: State Farm
- Liability Policy No.: 0131956489
- Insurance NAIC Number:
- Driver Condition: 1
- Sobriety/Officer Opinion: 
- Alcohol: No
- Drugs: No
- Type Alcohol Test Given: 6
- Alcohol Test Results: N/A
- Type Drug Test Given: 4
- Drug Test Results: 97
- Maneuver: 7
- Most Harmful Event for MV: 22
- Travel Road Name: AL 21
- Road Code: S021
- Travel Direction: 2
- Unit Contributing Circumstance: 97
- Total Injuries In Unit: 1

☐ LEFT SCENE
☐ COM VEH
☑ VEHICLE or ☐ NON-MOTORIST

**VEHICLE**
- Sequence of Events: 22
- Event 1: 22
- Event 2: 97
- Event 3: 97
- Event 4: 97
- First Harmful Event Location: 1
- Areas Damaged Are Shaded: 14  Under Carriage
- Veh Year: 1999
- Make: TOYT
- Veh Model: SOLARA
- Body: 1
- V.I.N.: 2T1CF22P9XC195033
- Owner's Name: Same
- License Tag Number: YCG693
- State: AL
- Year: 2019
- Street or R.F.D.: Same
- City: 
- State: 
- Zip: 
- Type: 1
- Usage: 1
- Emergency Status: 97
- Placard Status: 3
- Placard Required: 97
- Hazardous Cargo: 97
- Hazardous Cargo Released?: 97
- Attachment: 1
- Oversized Load: N/A
- If Yes, Did Owner Have Permit?: N/A
- Contrib Defect: 1
- Speed Limit: 55 MPH
- Est Speed: 10 MPH
- Citation Offense(s) Charged: None
- Damage Severity: 4
- Towed?: 1
- Vehicle Towed By Whom: PRESSLEYS WRECKER SERVICE (ROT)
- Towed To Where: PRESSLEYS WRECKER SERVICE LOCAL
- Point of Initial Impact: 7

## UNIT NO 2

**DRIVER**
- Driver Full Name: SHONA NEKITA WILLIAMS
- Street Address: 2324 LENLOCK DRIVE
- City and State: ANNISTON AL
- ZIP: 36206
- Telephone: (256) 600-3855
- DOB: [redacted]
- Race: 2
- Sex: 2
- DL State: AL
- Driver License No.: 6916326
- DL Class: D
- DL Status: C
- Restrict Violations: 97
- CDL Status: 97
- Endorse Violations: 97
- Place of Employment: STATE OF ALABAMA
- Residence Less Than 25 Miles: Yes
- Liability Insurance Co.: Safeway Insurance
- Liability Policy No.: 2228213ALPP007
- Insurance NAIC Number:
- Driver Condition: 1
- Sobriety/Officer Opinion: 
- Alcohol: No
- Drugs: No
- Type Alcohol Test Given: 6
- Alcohol Test Results: N/A
- Type Drug Test Given: 4
- Drug Test Results: 97
- Maneuver: 1
- Most Harmful Event for MV: 22
- Travel Road Name: AL 21
- Road Code: S021
- Travel Direction: 3
- Unit Contributing Circumstance: 97
- Total Injuries In Unit: 1

☐ LEFT SCENE
☐ COM VEH
☑ VEHICLE or ☐ NON-MOTORIST

**VEHICLE**
- Sequence of Events: 22
- Event 1: 22
- Event 2: 97
- Event 3: 97
- Event 4: 97
- First Harmful Event Location: 1
- Areas Damaged Are Shaded: 14  Under Carriage
- Veh Year: 2011
- Make: FORD
- Veh Model: FUSION SEL
- Body: 2
- V.I.N.: 3FAHP0JA7BR340423
- Owner's Name: Same
- License Tag Number: 29DK268
- State: AL
- Year: 2019
- Street or R.F.D.: Same
- City: 
- State: 
- Zip: 
- Type: 1
- Usage: 1
- Emergency Status: 97
- Placard Status: 3
- Placard Required: 97
- Hazardous Cargo: 97
- Hazardous Cargo Released?: 97
- Attachment: 1
- Oversized Load: N/A
- If Yes, Did Owner Have Permit?: N/A
- Contrib Defect: 1
- Speed Limit: 55 MPH
- Est Speed: 55 MPH
- Citation Offense(s) Charged: None
- Damage Severity: 4
- Towed?: 1
- Vehicle Towed By Whom: PRESSLEYS WRECKER SERVICE (ROT)
- Towed To Where: PRESSLEYS WRECKER SERVICE LOCAL
- Point of Initial Impact: 12

### Seating Position Codes

| 2, 4, or 6 Passenger | 9 Passenger (add) | 12 Passenger (add) | Bicycle, Motorcycle, ATV | 12 - Pedestrian | 16 - Not in Passenger Compartment |
|---|---|---|---|---|---|
| 1 2 3 / 4 5 6 | 7 8 9 | 17 18 19 | 10 / 11 | 13 - Rider of Domestic Animal<br>14 - Occ. of Non-Motorized Vehicle<br>15 - Passenger of Bus | 97 - Not Applicable<br>98 - Other (Explain)<br>99 - Unknown |

## VICTIMS

| Name | N/A | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBERT - LEWIS | | 1 | 1 | 1 | 2 | 2 | 3 | 8 | 1 | 1 | 1 |

Address: 1522 WARRIOR ROAD APT 9 ANNISTON AL 36207
Taken To: NORTHEAST ALABAMA REGIONAL MEDICAL CENTER
Taken By: OXFORD EMS
Medical Facility: EMS ground
Birth Date: ■

| Name | | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHONA NEKITA WILLIAMS | | 2 | 1 | 1 | 2 | 5 | 3 | 8 | 2 | 1 | 1 |

Address: 2324 LENLOCK DRIVE ANNISTON AL 36206
Taken To: NORTHEAST ALABAMA REGIONAL MEDICAL CENTER
Taken By: OXFORD EMS
Medical Facility: EMS ground
Birth Date: ■

## DIAGRAM

[Diagram showing collision on AL 21, 24 FT wide roadway, Unit 1 exiting private drive, Unit 2 traveling south, Witness vehicle, P.O.I. marked, NOT TO SCALE, N arrow pointing left]

## NARRATIVE

V1 was exiting a private drive onto AL 21 and V2 was traveling south on AL 21. V1 failed to yield the right of way and pulled out in front of V2. V2 struck V1 and both vehicles came to rest in the roadway.

## ROADWAY ENVIRONMENT

| Unit No. | 1 | Involved Road/Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscured By | 1 | Traffic Control | 1 | Traffic Control Functioning | 97 | Opposing Lane Separation | 3 | Trafficway Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupants In Unit | 1 | Total # Injured In Unit | 1 | Total # Killed In Unit | 0 |
| Total Number of Units | 2 | | | Light | 1 | | | Weather | 2 | | | Locale | 1 | | | Police Present? | No | DOT Railroad Crossing No. | N/A |

| Unit No. | 2 | Involved Road/Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscured By | 1 | Traffic Control | 1 | Traffic Control Functioning | 97 | Opposing Lane Separation | 3 | Trafficway Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupants In Unit | 1 | Total # Injured In Unit | 1 | Total # Killed In Unit | 0 |
| Total Number of Units | 2 | | | Light | 1 | | | Weather | 2 | | | Locale | 1 | | | Police Present? | No | DOT Railroad Crossing No. | N/A |

## INVESTIGATION

| Name of Photographer | GARY B MITCHELL | | |
|---|---|---|---|
| Time Police Notified | 06:07 AM | Time Police Arrived | 06:18 AM |
| Time EMS Arrived | N/A | EMS Response Run # | N/A |
| Name of Investigating Officer | Gary B Mitchell | Officer ID: 718 | Agency ORI: ALDPS11G0 |
| Name of Investigating Officer | | Officer ID | Agency ORI |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

| Witness Full Name | Address | Telephone |
|---|---|---|
| JESSICA - PITTMAN | 30 JENKINS ROAD OXFORD, AL 36203 | (256) 282-0495 |

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 1 | Passenger car | Driver | Residence Within 25 Miles | Yes | Yes |
| Location And Time | Contributing Circumstance | 37 | Failed to yield right-of-way from driveway | Driver | Travel Direction | 2 | East |
| Location And Time | Contributing Unit | 10 | Unit1 | Driver | Travel Direction | 3 | South |
| Location And Time | Controlled Access Highway Location | 97 | Not a controlled access highway | Vehicle | Attachment | 1 | None |
| Location And Time | Coordinate Status | NC | NoCapability | Vehicle | Body | 1 | Two door |
| Location And Time | Coordinate Type | 97 | Not applicable | Vehicle | Body | 2 | Four door |
| Location And Time | Crash Manner | 9 | Side impact (90 degree) | Vehicle | Citation Offense | 99 | None |
| Location And Time | Crash Severity | B | Suspected minor injury | Vehicle | Damage Severity | 4 | Major, disabled |
| Location And Time | Distance Node Unit | 20 | Miles | Vehicle | Defect | 1 | None |
| Location And Time | Distracted Driving | 97 | Not applicable (not distracted) | Vehicle | Emergency Status | 97 | Not applicable |
| Location And Time | Harmful Event | 22 | Collision with vehicle in traffic | Vehicle | Estimated Speed Code | | Not set |
| Location And Time | Highway Classification | 3 | State | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Location And Time | Highway Side | 2 | Southbound | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Location And Time | Roadway Feature | 1 | No special feature | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Location And Time | School Bus Related | 1 | No school bus involved | Vehicle | Make | FORD | Ford |
| Location And Time | Time Display Format | 10 | Standard | Vehicle | Make | TOYT | Toyota |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Non-Motorist Action | 0 | Not Set |
| Driver | Commercial Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Non-Motorist Location | 0 | Not Set |
| Driver | Contributing Circumstance | 97 | Not applicable | Vehicle | Oversized Load | N/A | NotApplicable |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Oversized Load Permit | N/A | NotApplicable |
| Driver | Driver Condition | 1 | Apparently normal | Vehicle | Owner Address Code | Same | Same |
| Driver | Driver License Class Code | 0 | Not set | Vehicle | Owner Name Code | Same | Same as driver |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | Placard Requirement | 97 | Not applicable |
| Driver | Driver License Number | 0 | Not set | Vehicle | Placard Status | 3 | Not applicable (placard not required) |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Tag Number | | Not set |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Tag State | 0 | Not set |
| Driver | Driver License Status | C | Current / valid | Vehicle | Tag Year | 0 | Not set |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Tow Status | 1 | Towed due to disabling damage |
| Driver | Drug Test Result | 97 | Not applicable | Vehicle | Towed Code | 0 | Not Set |
| Driver | Drug Test Type | 4 | No test given | Vehicle | Unit Type | 1 | Passenger car |
| Driver | Gender | 1 | Male | Vehicle | Usage | 1 | Personal vehicle |
| Driver | Gender | 2 | Female | Vehicle | VIN | 0 | Not set |
| Driver | Harmful Event | 22 | Collision with vehicle in traffic | Vehicle | Year | | Not set |
| Driver | Liability Ins. Policy Code | 0 | Not Set | Victims | Age Code | 8 | 26 - 64 |
| Driver | Liability Insurance NAIC Number Code | | Not Set | Victims | Airbag | 2 | Not deployed, no switch |
| Driver | Maneuver | 1 | Movement essentially straight | Victims | Airbag | 5 | Deployed front, no switch |
| Driver | Maneuver | 7 | Entering main road | Victims | Birth Date Code | 0 | Not Set |
| Driver | Phone Number Code | 0 | Not Set | Victims | Ejection Status | 1 | Not ejected or trapped |
| Driver | Place of Employment | | Not Set | Victims | First Aid Provider | 1 | Paramedic / EMT |
| Driver | Race | 2 | Black / African-American | Victims | Gender | 1 | Male |

| | | | LEGEND | | | | |
|---|---|---|---|---|---|---|---|
| Location | Category | Code | Description | Location | Category | Code | Description |
| Victims | Gender | 2 | Female | | | | |
| Victims | Injury Type | 3 | (B) Suspected minor injury | | | | |
| Victims | Medical Facility Transport | 2 | EMS ground | | | | |
| Victims | Occupant Type | 1 | Driver | | | | |
| Victims | Safety Equipment | 2 | Shoulder and lap belt used | | | | |
| Victims | Victim Taken By | | Not Set | | | | |
| Victims | Victim Taken To | | Not Set | | | | |
| Roadway Environment | Environmental Contributing Circumstance | 1 | None apparent | | | | |
| Roadway Environment | Light Condition | 1 | Daylight | | | | |
| Roadway Environment | Locale | 1 | Open country | | | | |
| Roadway Environment | Opposing Lane Separation | 3 | Unpaved surface | | | | |
| Roadway Environment | Road Bridge Condition | 1 | None apparent | | | | |
| Roadway Environment | Road Surface Type | 1 | Asphalt | | | | |
| Roadway Environment | Roadway Condtion | 1 | Dry | | | | |
| Roadway Environment | Roadway Curvature And Grade | 1 | Straight, level | | | | |
| Roadway Environment | Roadway Material | 1 | None | | | | |
| Roadway Environment | Roadway Material Source | 97 | Not applicable | | | | |
| Roadway Environment | Traffic Control | 1 | No controls present | | | | |
| Roadway Environment | Traffic Control Status | 97 | Not applicable | | | | |
| Roadway Environment | Trafficway Lane Count | 4 | Four lanes | | | | |
| Roadway Environment | Turn Lane Presence | 1 | None | | | | |
| Roadway Environment | Vision Obscuration | 1 | Not obscured | | | | |
| Roadway Environment | Weather Condition | 2 | Cloudy | | | | |
| Roadway Environment | Workzone Law Encorcement Presence | 97 | Not applicable | | | | |
| Roadway Environment | Workzone Relationship | 1 | Not in / related to workzone | | | | |
| Roadway Environment | Workzone Type | 97 | Not applicable | | | | |